


# H&R Block ADVANTAGE®

**Prepared For:**
CHRISTOPHER ANNASTAS

**Date Prepared:**
02/20/2013

**Prepared By:**
SUSAN LAI
HRB TAX GROUP INC
15804 Hesperian Blvd
San Lorenzo, CA 94580-0000
(510)481-0141

**For Year-round Service:**
HRB TAX GROUP INC
14210 E 14th St
San Leandro, CA 94578-0000
(510)895-2600

I appreciate your business and thank you for trusting me to be your tax partner. My business continues to grow through recommendations from clients like you and I'd be honored to help anyone you recommend to me.

## Today's Savings

* By ensuring that you qualified for a $464 earned income credit this year, we helped you save: $464.00

* In simple terms, the Marginal Tax Rate is the tax rate that you pay on your last dollar of taxable income. It is the highest federal tax bracket that affects your tax calculation. The Effective Tax Rate is the percentage of your total income that you paid in taxes. For 2011, your Marginal Tax Rate is 0% and your Effective Tax Rate is 0%.

Total Savings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $464.00

## Filing, Refund and Balance Due Information

| Tax Return | efile | Refund / (Balance Due) | Summary | | Message |
|---|---|---|---|---|---|
| Federal | No | $1,046.00 | Refund<br>H&R Block Fees | $1,046.00<br>($118.00) | You should receive a refund check from the IRS for $1,046.00. Mail your tax return by April 17, 2012 to:<br>Department Of the Treasury<br>Internal Revenue Service<br>Fresno, CA 93888-0002 |
| California | No | $40.00 | Refund | $40.00 | California is expected to mail a check for the amount of $40.00. Mail tax return by April 17, 2012 to:<br>Franchise Tax Board<br>P.O. Box 942840<br>Sacramento, CA 94240-0001 |

* The Department of Treasury Offset Program may take an offset against your tax refund to pay child support, state tax or other debt. You can contact the agency by calling 800-304-3107.

This H&R Block Advantage document provides information that could help you improve your tax and financial situation. Its contents should be considered in conjunction with information you receive from other sources that are familiar with your specific circumstances. Tax services offered through subsidiaries of HRB Tax Group, Inc.

**Advantage (2011)**     **FDADVICE-1V 1.0**
Form Software Copyright 1996 - 2012 HRB Tax Group, Inc.




# H&R Block ADVANTAGE®

## 2011 Tax Return Summary

### Federal Year over Year Comparison

| INCOME | Year 2011 | Year 2010 | Change($) |
|---|---|---|---|
| Wages, salaries, tips | $6,276 | $9,317 | ($3,041) |
| Total income | $6,276 | $9,317 | ($3,041) |
| **ADJUSTED GROSS INCOME** | | | |
| Total income less total adjustments | $6,276 | $9,317 | ($3,041) |
| **PAYMENTS** | | | |
| Federal withholding | $582 | $427 | $155 |
| Earned income credit | $464 | $316 | $148 |
| Total payments | $1,046 | $1,143 | ($97) |
| **REFUND** | | | |
| Overpayment | $1,046 | $1,143 | ($97) |
| Refund due | $1,046 | $1,143 | ($97) |
| **OTHER COMPUTATIONS** | | | |
| Alternative minimum taxable income | $6,276 | $9,317 | ($3,041) |
| Filing status | Single | Single | |

| TAXABLE YEAR | | CALIFORNIA FORM |
|---|---|---|
| **2011** | **e-file Opt-Out Record for Individuals** | **8454** |

## General Information

California law requires individual income tax returns prepared by certain income tax preparers to be electronically filed (e-filed) unless the taxpayer elects not to e-file or the tax preparer cannot e-file the return due to reasonable cause. Use this form to record when and why the return was not e-filed.

**Do not mail this form to FTB. Please keep it for your records.**

For married/registered domestic partners (RDPs) filing jointly, only one spouse/RDP needs to sign.

### Part I: Taxpayer Information

| Your first name | Last name | Your SSN or ITIN |
|---|---|---|
| CHRISTOPHER | ANNASTAS | |
| If filing jointly, spouse's/RDP's first name | Last name | Spouse's/RDP's SSN or ITIN |
| | | |

| Address (including number and street, PO Box, or PMB no.) | Apt. no./Ste. no. | Telephone number |
|---|---|---|
| 17327 VIA FLORES | | 808-385-0743 |

| City | State | ZIP Code |
|---|---|---|
| SAN LORENZO | CA | 94580 |

☐ I elect not to e-file my tax return.
Reason (optional): _____

| Your signature | Date |
|---|---|
| Spouse's/RDP's signature (if filing jointly) | Date |

### Part II: Tax Preparer Information

☒ I am not e-filing this taxpayer's return due to reasonable cause.
Explanation: _____

Return does not qualify for electronic filing.

| Paid preparer's signature | Date |
|---|---|
| | 02/20/13 |
| Paid preparer's name | PTIN |
| SUSAN LAI | |
| Firm's name (if applicable) | FEIN |
| HRB TAX GROUP INC | 43-1871840 |
| Firm's or preparer's address | Telephone number |
| 15804 HESPERIAN BLVD | 510-481-0141 |
| City | State | ZIP Code |
| SAN LORENZO | CA | 94580 |

| Form **1040EZ** | Department of the Treasury - Internal Revenue Service<br>**Income Tax Return for Single and Joint Filers With No Dependents** (99) **2011** | OMB No. 1545-0074 |
|---|---|---|

CHRISTOPHER ANNASTAS
17327 VIA FLORES
SAN LORENZO, CA 94580

**Your social security number**: [REDACTED]

**Spouse's social security number**:

▲ Make sure the SSN(s) above are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You ☐ Spouse

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**Income**
Attach Form(s) W-2 here.
Enclose, but do not attach, any payment.

| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | 1 | 6,276. |
|---|---|---|---|
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | 2 | |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see instructions). | 3 | |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income**. | 4 | 6,276. |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on page 2.<br>☐ You ☐ Spouse<br>If no one can claim you (or your spouse if a joint return), enter $9,500 if **single**; $19,000 if **married filing jointly**. See page 2 for explanation. | 5 | 9,500. |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income**. | ▶ 6 | 0. |

**Payments, Credits, and Tax**

| 7 | Federal income tax withheld from Form(s) W-2 and 1099. | 7 | 582. |
|---|---|---|---|
| 8a | **Earned income credit (EIC)** (see instructions). | 8a | 464. |
| b | Nontaxable combat pay election. 8b | | |
| 9 | Add lines 7 and 8a. These are your **total payments and credits**. | ▶ 9 | 1,046. |
| 10 | **Tax.** Use the amount on **line 6 above** to find your tax in the tax table in the instructions. Then, enter the tax from the table on this line. | 10 | |

**Refund**
Have it directly deposited! See instructions and fill in 11b, 11c, and 11d or Form 8888.

| 11a | If line 9 is larger than line 10, subtract line 10 from line 9. This is your **refund**.<br>If Form 8888 is attached, check here ▶ ☐ | 11a | 1,046. |
|---|---|---|---|
| ▶ b | Routing number XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number XXXXXXXXXXXXXXXXX | | |

**Amount You Owe**

| 12 | If line 10 is larger than line 9, subtract line 9 from line 10. This is the **amount you owe**. For details on how to pay, see instructions. | ▶ 12 | |
|---|---|---|---|

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below. ☐ No
Designee's name ▶ HR BLOCK   Phone no. ▶ (510) 895-2600   Personal ID number (PIN) ▶ 04927

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and, to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation UNEMPLOYED | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an ID Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name SUSAN LAI | Preparer's signature | Date 02/20/2013 | Check ☐ if self-employed | PTIN P00028187 |
|---|---|---|---|---|
| Firm's name ▶ HRB TAX GROUP INC | | | Firm's EIN ▶ 43-1871840 | |
| Firm's address ▶ SAN LORENZO, CA 94580 | | | Phone no. (510) 481-0141 | |

KBA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   Form **1040EZ** (2011)

1040EZ (2011)
Form Software Copyright 1996 - 2012 HRB Tax Group, Inc.

FD1040EZ-1V 1.2

| Form **8867** | Paid Preparer's Earned Income Credit Checklist | OMB No. 1545-1629 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ For more information about Form 8867, see www.irs.gov/form8867<br>▶ To be completed by preparer and filed with Form 1040, 1040A, or 1040EZ. | **2011**<br>Attachment Sequence No. **177** |

Taxpayer name(s) shown on return: **CHRISTOPHER ANNASTAS**

Taxpayer's social security number: [redacted]

For the definitions of the following terms, see **Pub. 596**.

- Investment Income
- Qualifying Child
- Earned Income
- Full-time Student

### Part I — All Taxpayers

1. Enter preparer's name and PTIN ▶ **SUSAN LAI  P00028187**

2. Is the taxpayer's filing status married filing separately? .............. ☐ Yes  ☒ No
   ▶ If you checked "Yes" on line 2, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

3. Does the taxpayer (and the taxpayer's spouse if filing jointly) have a social security number (SSN) that allows him or her to work or is valid for EIC purposes? See the instructions before answering .............. ☒ Yes  ☐ No
   ▶ If you checked "No" on line 3, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

4. Is the taxpayer filing Form 2555 or Form 2555-EZ (relating to the exclusion of foreign earned income)? .............. ☐ Yes  ☒ No
   ▶ If you checked "Yes" on line 4, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

5a. Was the taxpayer a nonresident alien for any part of 2011? .............. ☐ Yes  ☒ No
   ▶ If you checked "Yes" on line 5a, go to line 5b. Otherwise, skip line 5b and go to line 6.

 b. Is the taxpayer's filing status married filing jointly? .............. ☐ Yes  ☐ No
   ▶ If you checked "Yes" on line 5a and "No" on line 5b, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

6. Is the taxpayer's **investment income** more than $3,150? See Rule 6 in Pub. 596 before answering .............. ☐ Yes  ☒ No
   ▶ If you checked "Yes" on line 6, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

7. Could the taxpayer, or the taxpayer's spouse if filing jointly, be a **qualifying child** of another person for 2011? If the taxpayer's filing status is married filing jointly, check "No". Otherwise, see Rule 10 (Rule 13 if the taxpayer does not have a qualifying child) in Pub. 596 before answering .............. ☐ Yes  ☒ No
   ▶ If you checked "Yes" on line 7, **stop**; the taxpayer **cannot** take the EIC. Otherwise, go to Part II or Part III, whichever applies.

KBA   For Paperwork Reduction Act Notice, see page 4.                         Form 8867 (2011)

8867 (2011)    FD8867-1V1.21
Form Software Copyright 1996-2012 HRB Tax Group, Inc.

---

Information provided by: CHRISTOPHER ANNASTAS
Information provided in person.

Date information provided: 02/20/2013

| Part III | Taxpayers Without a Qualifying Child |

16  Was the taxpayer's main home, and the main home of the taxpayer's spouse if filing jointly, in the United States for more than half the year? (Military personnel on extended active duty outside the United States are considered to be living in the United States during that duty period. See Pub. 596.) . . . . . . . . . . . . . . . . . . . . . . . . .  [X] Yes  [ ] No

▶ If you checked "No" on line 16, **stop;** the taxpayer **cannot** take the EIC. Otherwise, continue.

17  Was the taxpayer, or the taxpayer's spouse if filing jointly, at least age 25 but under age 65 at the end of 2011? . . . . . . . . . . . . . . . . . . . . . . . . . .  [X] Yes  [ ] No

▶ If you checked "No" on line 17, **stop;** the taxpayer **cannot** take the EIC. Otherwise, continue.

18  Is the taxpayer, or the taxpayer's spouse if filing jointly, eligible to be claimed as a dependent on anyone else's federal income tax return for 2011? If the taxpayer's filing status is married filing jointly, check "No" . . . . .  [ ] Yes  [X] No

▶ If you checked "Yes" on line 18, **stop;** the taxpayer **cannot** take the EIC. Otherwise, continue.

19  Are the taxpayer's **earned income** and **adjusted gross income** each less than the limit that applies to the taxpayer for 2011? See Pub. 596 for the limit . . . . . . . . . . . . . . . . . . . . . . . . .  [X] Yes  [ ] No

▶ If you checked "No" on line 19, **stop;** the taxpayer **cannot** take the EIC. If you checked **"Yes"** on line 19, the taxpayer can take the EIC. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub. 596 to find out if **Form 8862** must be filed. Go to line 20.

| Part IV | Due Diligence Requirements |

20  Did you complete Form 8867 based on current information provided by the taxpayer or reasonably obtained by you? . . . . . . . . . . . . . . . . . . . . . . . .  [X] Yes  [ ] No

21  Did you complete the EIC worksheet found in the Form 1040, 1040A, or 1040EZ instructions (or your own worksheet that provides the same information as the 1040, 1040A, or 1040EZ worksheet)? . . . . . . . .  [X] Yes  [ ] No

22  Did you comply with knowledge requirements? (To comply with the knowledge requirements, you must not know or have reason to know that any information used to determine the taxpayer's eligibility for, and the amount of, the EIC is incorrect. You may not ignore the implications of information furnished to or known by you, and you must make reasonable inquires if the information furnished appears to be incorrect, inconsistent, or incomplete. At the time you make these inquires, you must document in your files the inquires you made and the responses you received.) . . . . . . . . . . . . . . . . . . . . . .  [X] Yes  [ ] No

23  Did you keep the following records?
● Form 8867,
● The EIC worksheet(s) or your own worksheet(s),
● A record of how, when, and from whom the information used to prepare the form and worksheet(s) was obtained, and
● Copies of any documents provided by the taxpayer and on which you relied to complete the form and the worksheet    [X] Yes  [ ] No

▶ If you checked "Yes" on lines 20, 21, 22, and 23, submit Form 8867 in the manner required, and keep the records described on line 23 for 3 years (see instructions), you have complied with all the due diligence requirements.

▶ If you checked "No" on lines 20, 21, 22, or 23, you have not complied with all the due diligence requirements and may have to pay a $500 penalty for each failure to comply.

For Privacy Notice, get form FTB 1131.

# California Resident Income Tax Return 2011

FORM
**540 2EZ** C1 Side 1

ANNA ** 11
CHRISTOPHER ANNASTAS

17327 VIA FLORES
SAN LORENZO    CA    94580

P
AC
A
R
RP

| Filing Status | **Filing Status.** Check the box for your filing status. See instructions, page 6. |
|---|---|

1 [X] Single
2 [ ] Married/RDP filing jointly (even if only one spouse/RDP had income)
4 [ ] Head of household. STOP! See instructions, page 6.
5 [ ] Qualifying widow(er) with dependent child. Year spouse/RDP died _____ .
If your California filing status is different from your federal filing status, check the box here ............ • [ ]

**Exemptions**

6  If another person can claim you (or your spouse/RDP) as a dependent on his or her tax return,
even if he or she chooses not to, you **must** see the instructions, page 6 ......................................... • 6 [ ]
7  Senior: If you (or your spouse/RDP) are 65 or older, enter 1; if both are 65 or older, enter 2 ................ • 7 [ ]

**Dependent Exemptions**

8  Number of dependents. Enter name and relationship **(Do not include yourself or your spouse/RDP)** ............ • 8 [ ]

_____    _____    _____

**Taxable Income and Credits**

Whole dollars only

9  Total wages (federal Form W-2, box 16).
   See instructions, page 7 .................................................... • 9          6,276.
10 Total interest income (Form 1099-INT, box 1). See instructions, page 7 ............ • 10 _____
11 Total dividend income (Form 1099-DIV, box 1a). See instructions, page 7 .......... • 11 _____
12 Total pension income _____ See instructions, page 7. Taxable amount ...... • 12 _____
13 Total capital gains distributions from mutual funds (Form 1099-DIV, box 2a).
   See instructions, page 7 .................................................... • 13 _____
14 Unemployment compensation ........................... 14 _____
15 U.S. social security or railroad retirement benefits ............ 15 _____

**Enclose, but do not staple, any payment.**

16 Add line 9, line 10, line 11, line 12, and line 13. **Do not include**
   line 14 and line 15 ......................................................... • 16          6,276.
17 Using the 2EZ Table for your filing status, enter the tax for the amount on line 16 ............ 17             0.
   **Caution:** If you checked the box on line 6, **STOP.** See instructions, page 7,
   Dependent Tax Worksheet.
18 Senior exemption: See instructions, page 7. If you are 65 and entered 1 in the
   box on line 7, enter $102. If you entered 2 in the box on line 7, enter $204 .................. 18 _____
19 Nonrefundable renter's credit. See instructions, page 8 ........................... • 19 _____
20 **Credits.** Add line 18 and line 19 ............................................ 20 _____
21 **Tax.** Subtract line 20 from line 17. If zero or less, enter -0- ..................... • 21             0.

046   3111114   [ 8

Your name: CHRISTOPHER ANNASTAS    Your SSN or ITIN: ███████████

| Overpaid Tax/ Tax Due. | | | |
|---|---|---|---|
| | 21a | Enter the amount from Side 1, line 21 .......................................... 21a | 0. |
| | 22 | Total tax withheld (federal Form W-2, box 17 or Form 1099-R, box 12) ..................................................... ● 22 | 40. |
| | 23 | Overpaid tax. If line 22 is more than line 21a, subtract line 21a from line 22 ............... ● 23 | 40. |
| | 24 | Tax due. If line 22 is less than line 21a, subtract line 22 from line 21a. See instructions, page 8 ............................................................ 24 | |

**Use Tax**  25  Use tax. **This is not a total line.** See instructions, page 8.  ● 25

**Voluntary Contributions**

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| CA Seniors Special Fund. See page 11 ...... | ● 400 | | CA Peace Officer Memorial Foundation Fund | ● 408 | |
| Alzheimer's Disease/Related Disorders Fund | ● 401 | | CA Sea Otter Fund ..................... | ● 410 | |
| CA Fund for Senior Citizens ............. | ● 402 | | Municipal Shelter Spay-Neuter Fund ....... | ● 412 | |
| Rare and Endangered Species Preservation Program ................ | ● 403 | | CA Cancer Research Fund ............... | ● 413 | |
| | | | ALS/Lou Gehrig's Disease Research Fund ... | ● 414 | |
| State Children's Trust Fund for the Prevention of Child Abuse ............. | ● 404 | | Arts Council Fund ..................... | ● 415 | |
| | | | CA Police Activities League (CALPAL) Fund .. | ● 416 | |
| CA Breast Cancer Research Fund ......... | ● 405 | | CA Veterans Homes Fund ................ | ● 417 | |
| CA Firefighters' Memorial Fund .......... | ● 406 | | Safely Surrendered Baby Fund ........... | ● 418 | |
| Emergency Food For Families Fund ....... | ● 407 | | Child Victims of Human Trafficking Fund ..... | ● 419 | |

26  Add amounts in code 400 through code 419. These are your total contributions ............ ● 26

**Amount You Owe**  27  **AMOUNT YOU OWE.** Add line 24, line 25, and line 26. If line 23 is less than line 25 and line 26, enter the difference here. See instructions, page 9 **(Do Not Send Cash).** Mail to: **FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0001** ........... ● 27

Pay online - Go to **ftb.ca.gov** and search for **web pay.**

**Direct Deposit (Refund Only)**  28  **REFUND OR NO AMOUNT DUE.** Subtract line 25 and line 26 from line 23. See instructions, page 9. Mail to: **FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0002** ............................................ ● 28   40.

Fill in the information to authorize direct deposit of your refund into one or two accounts. **Do not** attach a voided check or a deposit slip. **Have you verified the routing and account numbers?** Use whole dollars only.

All or the following amount of my refund (line 28) is authorized for direct deposit into the account shown below:

☐ Checking
☐ Savings

● Routing number    ● Type    ● Account number    ● 29 Direct deposit amount

The remaining amount of my refund (line 28) is authorized for direct deposit into the account shown below:

☐ Checking
☐ Savings

● Routing number    ● Type    ● Account number    ● 30 Direct deposit amount

Under penalties of perjury, I declare that, to the best of my knowledge and belief, the information on this return is true, correct, and complete.

**Sign Here**
It is unlawful to forge a spouse's/RDP's signature.

Your signature    Spouse's/RDP's signature (if filing jointly, both must sign)    Daytime phone number (optional)
(808) 385-0743
X    X    Date

Your email address (optional). Enter only one email address.

Joint tax return? See instructions, page 10.

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge)    ● PTIN  P00028187

Firm's name (or yours if self-employed)
HRB TAX GROUP INC    ● FEIN  43-1871840

Firm's address
SAN LORENZO CA 94580

Do you want to allow another person to discuss this return with us (see page 10)? ................... ● [X] Yes ☐ No
LAI    (510) 481-0141
Print Third Party Designee's Name    Telephone Number

Side 2  Form 540 2EZ C1 2011    046    3112114    7

| TAXABLE YEAR | | CALIFORNIA SCHEDULE |
|---|---|---|
| 2011 | Wage and Tax Statement | W-2 |

**Important:** Attach this form to the back of your Form 540, 540A, 540 2EZ, or Form 540NR (Long or Short).

| Name(s) as shown on return | SSN or ITIN |
|---|---|
| CHRISTOPHER ANNASTAS | |

**Caution:** If this form is filled out **do not** send your Form(s) W-2 to the Franchise Tax Board. If your Form(s) W-2 are from multiple states, **attach** copies showing California tax withheld to this schedule. If this schedule is blank, attach your Form(s) W-2 to the lower front of your tax return. **All fields must be completed. DO NOT ATTACH PAYMENT TO THIS SCHEDULE.**

* Employee's Social Security Number, name, and address must be the same as the information on the Form(s) W-2.

| W-2 Information | 1st W-2 | | 2nd W-2 | |
|---|---|---|---|---|
| a. Employee's social security number* | | | | |
| b. Employer identification number (EIN) | 99-0042880 | | | |
| c. Employer's name, address, and ZIP Code | HAWAIIAN AIRLINES INC<br>3375 KOAPAKA ST<br>HONOLULU, HI 96819 | | | |
| e. Employee's first and last name* | CHRISTOPHER ANNASTAS | | | |
| f. Employee's address and ZIP code* | 17327 VIA FLORES<br>SAN LORENZO CA 94580 | | | |
| 1. Wages, tips, other compensation | 6,276. | | | |
| 2. Federal income tax withheld | 582. | | | |
| 3. Social security wages | 6,276. | | | |
| 4. Social security tax withheld | 264. | | | |
| 6. Medicare tax withheld | 91. | | | |
| 7. Social security tips | | | | |
| 8. Allocated tips (not included in box 1) | | | | |
| 10. Dependent care benefits | | | | |
| 11. Nonqualified plans | | | | |
| 12. Codes and amounts | Codes | Amounts | Codes | Amounts |
| | | | | |
| | | | | |
| | | | | |
| 13. Mark the appropriate box for:<br>Statutory employee,<br>Retirement plan, or<br>Third-party sick pay | ☐ Statutory employee<br>☒ Retirement plan<br>☐ Third-party sick pay | | ☐ Statutory employee<br>☐ Retirement plan<br>☐ Third-party sick pay | |
| 14. SDI, VPDI, or CA SDI (from box 14 or 19) | Type | Amount | Type | Amount |
| 15. State & employer's State ID number | State<br>CA | Employer's state ID number<br>08827066 | State | Employer's state ID number |
| 16. State wages, tips, etc. | 6,276. | | | |
| 17. State income tax | 40. | | | |

For Privacy Notice, get form FTB 1131.  046  8041114  1  Schedule W-2 2011

## 2011 W-2 and EARNINGS SUMMARY

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 6,275.67 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 263.58 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 581.95 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 91.00 |
| STATE INCOME TAX BOX 17 OF W-2 | 39.90 | SUI/SDI BOX 14 OF W-2 | 75.29 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 0.00 | | |

To change your employee W-4 profile information file a new W-4 with your payroll department

CHRISTOPHER ANNASTAS
17327 VIA FLORES
SAN LORENZO, CA  94580

Social Security Number: 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

© 2011 ADP, INC.

PAGE 01 OF 01

---

### Employee Reference Copy — W-2 Wage and Tax Statement 2011
Copy C for employee's records. OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| d | Control number | 0000004051 VYK |
| | Dept. | 400712 |
| | Corp. | WBA6 |
| | Employer use only | A  214 |
| c | Employer's name, address, and ZIP code | HAWAIIAN AIRLINES INC / 3375 KOAPAKA ST / HONOLULU, HI 96819 |
| e/f | Employee's name, address, and ZIP code | CHRISTOPHER ANNASTAS / 17327 VIA FLORES / SAN LORENZO, CA 94580 |
| b | Employer's FED ID number | 99-0042880 |
| a | Employee's SSA number | [redacted] |
| 1 | Wages, tips, other comp. | 6275.67 |
| 2 | Federal income tax withheld | 581.95 |
| 3 | Social security wages | 6275.67 |
| 4 | Social security tax withheld | 263.58 |
| 5 | Medicare wages and tips | 6275.67 |
| 6 | Medicare tax withheld | 91.00 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 14 | Other | 75.29 CA SDI |
| 12b | | |
| 12c | | |
| 12d | | |
| 13 | Stat emp. / Ret. plan / 3rd party sick pay | X (Ret. plan) |
| 15 | State / Employer's state ID no. | CA  088-1706  6 |
| 16 | State wages, tips, etc. | 6275.67 |
| 17 | State income tax | 39.90 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

### Federal Filing Copy — W-2 Wage and Tax Statement 2011
Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 6275.67 |
| 2 | Federal income tax withheld | 581.95 |
| 3 | Social security wages | 6275.67 |
| 4 | Social security tax withheld | 263.58 |
| 5 | Medicare wages and tips | 6275.67 |
| 6 | Medicare tax withheld | 91.00 |
| d | Control number | 0000004051 VYK |
| | Dept. | 400712 |
| | Corp. | WBA6 |
| | Employer use only | A  214 |
| c | Employer's name, address, and ZIP code | HAWAIIAN AIRLINES INC / 3375 KOAPAKA ST / HONOLULU, HI 96819 |
| b | Employer's FED ID number | 99-0042880 |
| a | Employee's SSA number | [redacted] |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 14 | Other | 75.29 CA SDI |
| 13 | Stat emp. / Ret. plan / 3rd party sick pay | X (Ret. plan) |
| e/f | Employee's name, address and ZIP code | CHRISTOPHER ANNASTAS / 17327 VIA FLORES / SAN LORENZO, CA 94580 |
| 15 | State / Employer's state ID no. | CA  088-1706  6 |
| 16 | State wages, tips, etc. | 6275.67 |
| 17 | State income tax | 39.90 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

### CA. State Filing Copy — W-2 Wage and Tax Statement 2011
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 6275.67 |
| 2 | Federal income tax withheld | 581.95 |
| 3 | Social security wages | 6275.67 |
| 4 | Social security tax withheld | 263.58 |
| 5 | Medicare wages and tips | 6275.67 |
| 6 | Medicare tax withheld | 91.00 |
| d | Control number | 0000004051 VYK |
| | Dept. | 400712 |
| | Corp. | WBA6 |
| | Employer use only | A  214 |
| c | Employer's name, address, and ZIP code | HAWAIIAN AIRLINES INC / 3375 KOAPAKA ST / HONOLULU, HI 96819 |
| b | Employer's FED ID number | 99-0042880 |
| a | Employee's SSA number | [redacted] |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | | |
| 14 | Other | 75.29 CA SDI |
| 13 | Stat emp. / Ret. plan / 3rd party sick pay | X (Ret. plan) |
| e/f | Employee's name, address and ZIP code | CHRISTOPHER ANNASTAS / 17327 VIA FLORES / SAN LORENZO, CA 94580 |
| 15 | State / Employer's state ID no. | CA  088-1706  6 |
| 16 | State wages, tips, etc. | 6275.67 |
| 17 | State income tax | 39.90 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

Safe, accurate, FAST! Use IRS e-file. Visit the IRS Web Site at www.irs.gov/efile