```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 13-42372-RLE
Christopher Annastas                                                Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-4          User: admin              Page 1 of 2           Date Rcvd: Jul 31, 2013
                              Form ID: ODSC7fi         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2013.
```
db         +Christopher Annastas,    17327 Via Flores,    San Lorenzo, CA 94580-2920
smg        +Labor Commissioner,    1515 Clay St.,   Room 801,   Oakland, CA 94612-1463
smg        +State Board of Equalization,    Collection Dept.,   P.O. Box 942879,    Sacramento, CA 94279-0001
13217962    ALAMO CAR RENTALS,    19051 AIRPORT WAY NORTH,    SANTA ANA CA 92707
13259051   +Bay Imaging Consultants,    PO Box 843161,   Los Angeles, CA 90084-3161
13217963   +ELITE RECOVERY SERVICES,    C/O STEVEN BOOSKA,    PO BOX 194650,    SAN FRANCISCO CA 94119-4650
13259052   +Eden Medical Center,    PO Box 748373,   Los Angeles, CA 90074-8373
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QLIBRADY.COM Aug 01 2013 02:53:00      Lois I. Brady,   P.O. Box 12425,
             Oakland, CA 94604-2425
smg         EDI: EDD.COM Aug 01 2013 02:53:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA 94280-0001
smg         EDI: CALTAX.COM Aug 01 2013 02:53:00      CA Franchise Tax Board,
             Special Procedures Bankruptcy Unit,    P.O. Box 2952,   Sacramento, CA 95812-2952
13217964   +EDI: EDD.COM Aug 01 2013 02:53:00      EMPLOYMENT DEVELOPMENT DEPT,    PO BOX 826806,
             SACRAMENTO CA 94206-0001
13217965    EDI: IRS.COM Aug 01 2013 02:53:00      INTERNAL REVENUE SERVICE,    BANKRUPTCY UNIT,
             1301 CLAY STREET 1000S,    OAKLAND CA 94612
13217968    EDI: AISTMBL.COM Aug 01 2013 02:53:00      T-MOBILE,   PO BOX 51843,    LOS ANGELES CA 90051-6143
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13259050*    Alamo Car Rentals,    19051 Airport Way North,   Santa Ana CA 92707
13259053*   +Elite Recovery Services,    c/o Steven Booska,   PO Box 194650,    San Francisco CA 94119-4650
13259054*   +Employment Development Dept,    PO Box 826806,   Sacramento CA 94206-0001
13217966*    INTERNAL REVENUE SERVICE,    BANKRUPTCY UNIT,   1301 CLAY STREET 1000S,    OAKLAND CA 94612
13217967*    INTERNAL REVENUE SERVICE,    BANKRUPTCY UNIT,   1301 CLAY STREET 1000S,    OAKLAND CA 94612
13259055*    Internal Revenue Service,    Bankruptcy Unit,   1301 Clay Street 1000S,    Oakland CA 94612
13259056*    Internal Revenue Service,    Bankruptcy Unit,   1301 Clay Street 1000S,    Oakland CA 94612
13259057*    Internal Revenue Service,    Bankruptcy Unit,   1301 Clay Street 1000S,    Oakland CA 94612
13259058*    T-Mobile,    PO Box 51843,   Los Angeles CA 90051-6143
                                                                             TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2013**               **Signature:**           *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2013 at the address(es) listed below:
         Lois I. Brady    loisbrady@sbcglobal.net, lbrady@ecf.epiqsystems.com
         Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
         Robert C. Borris, Jr.    on behalf of Debtor Christopher  Annastas RBorrisjr@aol.com
                                                                                                      TOTAL: 3

**Form ODSC7fi**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

| | |
|---|---|
| **In re:**<br>Christopher Annastas<br>17327 Via Flores<br>San Lorenzo, CA 94580<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–2860 | **Case Number:** 13–42372 RLE 7<br>**Chapter:** 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

    It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

    It further appears that the trustee, Lois I. Brady in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

    ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 7/30/13

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 15

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**